1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

8

9  | UNITED STATES OF AMERICA,

CASE NO: 2:25-CR-0060-TOR

Plaintiff,

10

ORDER DENYING MOTION TO
DISMISS

11  | v.

12  | MARIO FAUSTINO-GONZALEZ,

13  | Defendant.

14     BEFORE THE COURT is Defendant's Motion to Dismiss Indictment.  ECF

15  No. 32.  The United States responded at ECF No. 32.  Defendant has not timely

16  filed a reply.  Having reviewed the docket and the files therein, the Court is fully

17  informed.

18     Defendant argues that the removal order is invalid as the Notice to Appear

19  did not comply with the regulations as it failed to properly completed in that it did

20  not list the location of his hearing, nor did it provide a time and date.  ECF No. 32.

ORDER DENYING MOTION TO DISMISS ~ 1

The United States' response attached a Notice of Hearing which lists the location and time and date.  ECF No. 33-1.  Thus, the government has complied with the regulations and Defendant's motion is denied.

 WHEREFORE, IT IS HEREBY ORDERED:

Defendant's Motion to Dismiss Indictment, ECF No. 32, is **DENIED**.

The District Court Executive is directed to enter this order and provide copies to counsel.

DATED September 11, 2025.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION TO DISMISS ~ 2